POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Winston Maurice Brown<br>38372 Innovation Ct. Ste#103<br>Murrieta, Ca. 92563<br><br>TELEPHONE NO.: 951-407-5553　　FAX NO. *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*: mauricewb1@mail.com<br>ATTORNEY FOR *(Name)*: In Pro Se | FILED<br>CLERK, U.S. DISTRICT COURT<br><br>NOV 1 5 2023<br><br>CENTRAL DISTRICT OF CALIFORNIA<br>EASTERN DIVISION  BY DEPUTY |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE**
STREET ADDRESS: United States District Court
MAILING ADDRESS: 3470 12th Street
CITY AND ZIP CODE: Riverside , 92501
BRANCH NAME: Eastern District of California

| PLAINTIFF/PETITIONER: Winston Maurice Brown | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Lafayette Federal Credit Union, et al. | 5:23-cv-01869-TJH-SPx |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of:

   a. [x] summons

   b. [x] complaint

   c. [x] Alternative Dispute Resolution (ADR) package

   d. [x] Civil Case Cover Sheet *(served in complex cases only)*

   e. [ ] cross-complaint

   f. [ ] other *(specify documents)*:

3. a. Party served *(specify name of party as shown on documents served)*:
      Lafayette Federal Credit Union

   b. [x] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
      Kutak Rock, LLP

4. Address where the party was served:
   5 Park Plaza, Ste# 1500 Irvine, Ca. 92614

5. I served the party *(check proper box)*

   a. [✓] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party  (1) on *(date)*: 11/03/2023      (2) at *(time)*: 1pm

   b. [ ] **by substituted service.** On *(date)*:          at *(time)*:          I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

      (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*:          from *(city)*:          **or** [ ] a declaration of mailing is attached.

      (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10 |
|---|---|---|

| PLAINTIFF/PETITIONER: Winston Maurice Brown | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Lafayette Federal Credit Union | 5:23-cv-01869-TJH-SPx |

5. c. ☑ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):* 11/03/2023         (2) from *(city):* Murrieta

    (3) ☑ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

    (4) ☑ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. ☐ **by other means** *(specify means of service and authorizing code section):*

    ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
  a. ☐ as an individual defendant.
  b. ☐ as the person sued under the fictitious name of *(specify):*
  c. ☐ as occupant.
  d. ☑ On behalf of *(specify):*
    under the following Code of Civil Procedure section:

| | |
|---|---|
| ☑ 416.10 (corporation) | ☐ 415.95 (business organization, form unknown) |
| ☐ 416.20 (defunct corporation) | ☐ 416.60 (minor) |
| ☐ 416.30 (joint stock company/association) | ☐ 416.70 (ward or conservatee) |
| ☐ 416.40 (association or partnership) | ☐ 416.90 (authorized person) |
| ☐ 416.50 (public entity) | ☐ 415.46 (occupant) |
| | ☐ other: |

7. **Person who served papers**
  a. Name: Jaime Dudley
  b. Address: 38372 Innovation Ct. Ste#103 Murrieta, Ca. 92563
  c. Telephone number: 254-702-2296
  d. **The fee** for service was: $0.00
  e. I am:
    (1) ☑ not a registered California process server.
    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
    (3) ☐ a registered California process server:
      (i) ☐ owner ☐ employee ☐ independent contractor.
      (ii) Registration No.:
      (iii) County:

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    or

9. ☐ **I am a California sheriff or marshal and I** certify that the foregoing is true and correct.

Date: 11/03/2023

Jaime Dudley
_____
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)        ▶ _____ (SIGNATURE)

**UNITED STATES POSTAL SERVICE**

MURRIETA CARRIER ANNEX
39571 LOS ALAMOS RD
MURRIETA, CA 92563-9998
(800)275-8777

11/03/2023                          04:15 PM

--------------------------------------------------

| Product | Qty | Unit Price | Price |
|---|---|---|---|

--------------------------------------------------

PM Express 1-Day        1                    $28.75
Flat Rate Env
   Irvine, CA 92614
   Flat Rate
   Signature Requested
   Scheduled Delivery Date
     Mon 11/06/2023 06:00 PM
   Money Back Guarantee
   Tracking #:
    EI101275891US
   Insurance                       $0.00
    Up to $100.00 included
   Return Receipt                  $3.55
    Tracking #:
     9590 9402 8144 3030 3792 11
Total                                 $32.30

--------------------------------------------------

Grand Total:                          $32.30

--------------------------------------------------

Debit Card Remit                      $32.30
   Card Name: VISA
   Account #: XXXXXXXXXXXXX8050
   Approval #: 069010
   Transaction #: 921
   Receipt #: 105065
   Debit Card Purchase: $32.30
   AID: A0000000980840        Chip
   AL: US DEBIT
   PIN: Verified

--------------------------------------------------

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

Save this receipt as evidence of
insurance. For information on filing an
insurance claim go to
https://www.usps.com/help/claims.htm
or call 1-800-222-1811

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
1-800-222-1811.

Preview your Mail
Track your Packages
Sign up for FREE @
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device.



or call 1-800-410-7420.

USPS TRACKING #

9590 9402 8144 3030 3792 11

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

Winston Maurice Brown
38372 Innovation Ct. Ste#103
Murrieta, Ca. 92563

---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X   ☐ Agent  ☑ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>Desiree Singh  11/6/23 |
| 1. Article Addressed to:<br><br>Kutak Rock, LLP<br>Antoinette P. Hewitt, LLP<br>5 Park Plaza Ste#1500<br>Irvine, Ca. 92614 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 9590 9402 8144 3030 3792 11 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500) | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. EI 101 275 891 US | |

PS Form 3811, July 2020 PSN 7530-02-000-9053  Domestic Return Receipt



USPS FIRST-CL

SHIP
TO:   RIVERSIDE CA 92501

(420) 92

Winston Maurice Brown
29910 Murrieta Hot Springs Rd.
Ste#G136
Murrieta, Ca. 92563

RECEIVED
CLERK, U.S. DISTRICT COURT

NOV 15 2023

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION          BY: DEPUTY

U.S District Court
ATTN: Court Clerk
3470 12th St
Riverside, Cal. 92501