POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Winston Maurice Brown<br>38372 Innovation Ct. Ste#103<br>Murrieta, Ca. 92563<br><br>TELEPHONE NO.: 951-407-5553    FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional): mauricewb1@mail.com<br>ATTORNEY FOR (Name): In Pro Se | FILED<br>CLERK, U.S. DISTRICT COURT<br><br>NOV 1 7 2023<br><br>CENTRAL DISTRICT OF CALIFORNIA<br>EASTERN DIVISION   BY DEPUTY |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE |
|---|
| STREET ADDRESS: United States District Court |
| MAILING ADDRESS: 3470 12th Street |
| CITY AND ZIP CODE: Riverside , 92501 |
| BRANCH NAME: Eastern District of California |

| PLAINTIFF/PETITIONER: Winston Maurice Brown | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Lafayette Federal Credit Union, et al. | 5:23-cv-01869-TJH-SPx |

| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.: |
|---|---|

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of:
   a. [x] summons
   b. [x] complaint
   c. [✓] Alternative Dispute Resolution (ADR) package
   d. [x] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [ ] other *(specify documents):*

3. a. Party served *(specify name of party as shown on documents served):*
      Lafayette Federal Credit Union

   b. [ ] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*

4. Address where the party was served:
   2701 Tower Oaks Boulevard Rockville, MD 20852

5. I served the party *(check proper box)*
   a. [ ] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party   (1) on *(date):*                    (2) at *(time):*

   b. [ ] **by substituted service.** On *(date):*                at *(time):*                I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

      (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on
         *(date):*                from *(city):*                **or** [ ] a declaration of mailing is attached.

      (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | PROOF OF SERVICE OF SUMMONS | Code of Civil Procedure, § 417.10 |
|---|---|---|

| PLAINTIFF/PETITIONER: Winston Maurice Brown | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Lafayetta Federal Credit Union, et al. | 5:23-cv-10869-TJH-SPx |

5. c. ☑ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):* 11/03/2023            (2) from *(city):* Murrieta

    (3) ☑ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

    (4) ☑ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. ☐ **by other means** *(specify means of service and authorizing code section):*

    ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
  a. ☑ as an individual defendant.
  b. ☐ as the person sued under the fictitious name of *(specify):*
  c. ☐ as occupant.
  d. ☐ On behalf of *(specify):*

    under the following Code of Civil Procedure section:

    ☑ 416.10 (corporation)           ☐ 415.95 (business organization, form unknown)
    ☐ 416.20 (defunct corporation)      ☐ 416.60 (minor)
    ☐ 416.30 (joint stock company/association)   ☐ 416.70 (ward or conservatee)
    ☐ 416.40 (association or partnership)      ☐ 416.90 (authorized person)
    ☐ 416.50 (public entity)             ☐ 415.46 (occupant)
                               ☐ other:

7. **Person who served papers**
  a. Name: Jaime Dudley
  b. Address: 38372 Innovation Ct. Ste# 205 Murrieta, Ca. 925636
  c. Telephone number: 254-702-2296
  d. **The fee** for service was: $0.00
  e. I am:

    (1) ☑ not a registered California process server.
    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
    (3) ☐ a registered California process server:
      (i) ☐ owner ☐ employee ☐ independent contractor.
      (ii) Registration No.:
      (iii) County:

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: 11/3/2023

Jaime Dudley
_____
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)      ▶      (SIGNATURE)

**UNITED STATES POSTAL SERVICE.**

MURRIETA CARRIER ANNEX
39571 LOS ALAMOS RD
MURRIETA, CA 92563-9998
(800)275-8777

11/03/2023                          04:22 PM
--------------------------------------------
Product              Qty   Unit      Price
                           Price
--------------------------------------------

PM Express 2-Day      1             $28.75
Flat Rate Env
    Rockville, MD 20852
    Flat Rate
    Signature Requested
    Scheduled Delivery Date
        Mon 11/06/2023 06:00 PM
    Money Back Guarantee
    Tracking #:
      EI101275905US
    Insurance                       $0.00
        Up to $100.00 included
    Return Receipt                  $3.55
        Tracking #:
          9590 9402 8144 3030 3790 44
Total                              $32.30

--------------------------------------------
Grand Total:                       $32.30
--------------------------------------------
Debit Card Remit                   $32.30
    Card Name: VISA
    Account #: XXXXXXXXXXXXX8050
    Approval #: 080540
    Transaction #: 923
    Receipt #: 105067
    Debit Card Purchase: $32.30
    AID: A0000000980840       Chip
    AL: US DEBIT
    PIN: Verified
--------------------------------------------

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

Save this receipt as evidence of
insurance. For information on filing an
insurance claim go to
https://www.usps.com/help/claims.htm
or call 1-800-222-1811

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
1-800-222-1811.

Preview your Mail
Track your Packages
Sign up for FREE @
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device,



or call 1-800-410-7420.




**USPS TRACKING #**

9590 9402 8144 3030 3790 44

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

Winston Maurice Brown
38372 Innovation Ct. Ste#103
Murrieta, Ca. 92563

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Lafayette Federal Credit Union
Attn: Legal Department
2701 Tower Oaks Boulevard
Rockville, MD. 20852



9590 9402 8144 3030 3790 44

EI 101 275 905 US

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent ☑ Addressee

B. Received by *(Printed Name)*   C. Date of Delivery
Allie Lupin   11/6/23

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053   Domestic Return Receipt







RECEIVED
CLERK, U.S. DISTRICT COURT

NOV 17 2023

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY

US District Court
3470 12th St
Riverside, CA
92501

Attn: Court Clerk

Winston Maurice Brown
29910 Murrieta Hot Springs Rd.
Ste#G136
Murrieta, Ca. 92563