# United States District Court
# Central District of California
# Western Division

| | |
|---|---|
| WINSTON MAURICE BROWN,<br><br>    Plaintiff,<br><br>    v.<br><br>LAFAYETTE FEDERAL CREDIT UNION, *et al.*<br><br>    Defendants. | ED CV 23-01869 TJH<br><br><br>Order<br><br>JS-6 |

    On September 13, 2023, Plaintiff Winston Maurice Brown filed a Request to Proceed *In Forma Pauperis*.  In that request, Plaintiff declared that he was unemployed, had been unemployed since "approximately 2015," and that he last filed an income tax return in "approximately 2016".  Plaintiff acknowledged that his declaration was made **under penalty of perjury** with an understanding that any false statements or answers would subject him to penalties for perjury, and "that perjury is punishable by a term of imprisonment up to five (5) years and/or a fine of $250,000.00 (18 U.S.C. §§ 1621, 3571)."

    On November 1, 2023, based on Plaintiff's declaration, the Court granted his Request to Proceed *In Forma Pauperis* and permitted this case to proceed without

Plaintiff paying a filing fee or other costs.

On January 12, 2024, Plaintiff filed an affidavit in support of his motion for default judgment against Defendant Lafayette Federal Credit Union ["Lafayette FCU"]. Attached to his affidavit was a loan application, dated May 24, 2022, that Plaintiff submitted to Lafayette FCU. In that application, Plaintiff stated that he was employed by Pantera Logistics LLC, that he had been employed by Pantera Logistics LLC since June, 2019, and that his gross monthly income at that time from that employment was $7,322.

The information in Plaintiff's loan application clearly contradict's his declaration in support of his Request to Proceed *In Forma Pauperis*. *See Mathis v. New York Life Ins.*, 133 F.3d 546, 547-48 (7th Cir. 1998).

Accordingly,

𝕴𝖙 𝖎𝖘 𝕺𝖗𝖉𝖊𝖗𝖊𝖉, *sua sponte*, that this case be, and hereby is, 𝕯𝖎𝖘𝖒𝖎𝖘𝖘𝖊𝖉 without prejudice.

Date: March 1, 2024

_____
𝕿𝖊𝖗𝖗𝖞 𝕵. 𝕳𝖆𝖙𝖙𝖊𝖗, 𝕵𝖗.
𝕾𝖊𝖓𝖎𝖔𝖗 𝖀𝖓𝖎𝖙𝖊𝖉 𝕾𝖙𝖆𝖙𝖊𝖘 𝕯𝖎𝖘𝖙𝖗𝖎𝖈𝖙 𝕵𝖚𝖉𝖌𝖊